

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,666-04

### EX PARTE ISRAEL LARA, AKA ISRAEL LARA, JR., Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 11-1327-CR-C IN THE 25TH DISTRICT COURT
### FROM GUADALUPE COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of intoxication assault and failure to stop and render aid and was sentenced to imprisonment for seven and five years. He did not appeal convictions.

Applicant contends, among other things, that he was denied due process when he was reviewed for release to mandatory supervision. His sentence for failure to stop and render aid has discharged, and he has not raised collateral consequences. *See* TEX. CODE CRIM. PROC. art. 11.07, § 3(c). Accordingly, the claims relating to this conviction are dismissed. Applicant's sentence for

intoxication assault has not discharged, but after independently reviewing the record, we find that his claims relating to this conviction are without merit and are denied.

Filed: January 11, 2017
Do not publish